IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
DEC 03 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 4:25 CR 602 |
| ) | Title 18, United States Code, |
| SYNCERE BISHOP, ) | Sections 1952(a)(3) and |
| CESAR SANTIAGO-ESPADA, ) | 1956(a)(1)(B)(i); Title 21, United |
| ALIJAHA SCOTT, ) | States Code, Sections 841(a)(1), |
| ANDREW THOMAS, ) | (b)(1)(A), (b)(1)(B), (b)(1)(C) |
| BRYAN RODRIGUEZ-PEREZ, ) | and 846; Title 31, United States |
| ) | Code, Section 5324(a)(3); Title |
| Defendants. ) | 18, United States Code, Section 2 |

JUDGE POLSTER

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. § 846)

The Grand Jury charges:

1. From in and around April 2022, to on or about August 22, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants SYNCERE BISHOP, CESAR SANTIAGO-ESPADA, ALIJAHA SCOTT, ANDREW THOMAS, and BRYAN RODRIGUEZ-PEREZ did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(D).

COUNT 2
(Interstate Travel in Aid of Racketeering, 18 U.S.C. § 1952(a)(3))

The Grand Jury further charges:

2. On or about August 2, 2023, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant ALIJAHA SCOTT traveled in interstate commerce from the State of Ohio to the State of Arizona with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as charged in Count 1, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

COUNT 3
(Interstate Travel in Aid of Racketeering, 18 U.S.C. § 1952(a)(3))

The Grand Jury further charges:

3. On or about August 12, 2023, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant ANDREW THOMAS traveled in interstate commerce from the State of Ohio to the State of Arizona with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as charged in Count 1, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

COUNT 4
(Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(A))

The Grand Jury further charges:

4. On or about August 23, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CESAR SANTIAGO-ESPADA did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

COUNT 5
(Attempted Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 846)

The Grand Jury further charges:

5. On or about August 24, 2023, in the Northern District of Ohio, Eastern Division, Defendants SYNCERE BISHOP and ALIJAHA SCOTT did knowingly and intentionally attempt to possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A).

COUNT 6
(Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B))

The Grand Jury further charges:

6. On or about July 17, 2024, in the Northern District of Ohio, Eastern Division, Defendants BRYAN RODRIGUEZ-PEREZ and SYNCERE BISHOP did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B) and Title 18, United States Code, Section 2.

COUNT 7
(Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C))

The Grand Jury further charges:

7. On or about July 17, 2024, in the Northern District of Ohio, Eastern Division, BRYAN RODRIGUEZ-PEREZ and SYNCERE BISHOP did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 8
(Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B))

The Grand Jury further charges:

8. On or about August 6, 2024, in the Northern District of Ohio, Eastern Division, Defendants BRYAN RODRIGUEZ-PEREZ and SYNCERE BISHOP did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B) and Title 18, United States Code, Section 2.

COUNT 9
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C))

The Grand Jury further charges:

9. On or about August 22, 2024, in the Northern District of Ohio, Eastern Division, Defendants SYNCERE BISHOP and ANDREW THOMAS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNTS 10 – 14
(Structuring, 31 U.S.C. § 5324(a)(3))

The Grand Jury further charges:

10. On or about the dates set forth below, in the Northern District of Ohio, Eastern Division, Defendant SYNCERE BISHOP did knowingly and willfully, and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure and assist in structuring the following transactions with a domestic financial institution:

| Count | Date | Account | Approximate Time | Amount Withdrawn |
|---|---|---|---|---|
| 10 | March 28, 2023 | XXX121-50 | 12:05 p.m. | $10,000 |
| 11 | March 28, 2023 | XXX121-50 | 12:28 p.m. | $9,000 |
| 12 | March 28, 2023 | XXX121-50 | 2:08 p.m. | $8,500 |
| 13 | March 28, 2023 | XXX121-50 | 2:13 p.m. | $1,500 |
| 14 | March 28, 2023 | XXX121-50 | 5:36 p.m. | $5,000 |

All in violation of Title 31, United States Code, Sections 5324(a)(3) and (d)(1).

## COUNTS 15 – 16
(Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i))

The Grand Jury further charges:

11. On or about the dates set forth below, in the Northern District of Ohio, Eastern Division, Defendant SYNCERE BISHOP did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, that is: exchanging small denomination bills for large denomination bills at a 717 Credit Union branch, which involved the proceeds of a specified unlawful activity, that is distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was

designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct said financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

| Count | Date | Account | Amount of Currency Exchanged |
|---|---|---|---|
| 15 | August 21, 2023 | XXX121-50 | $8,740 |
| 16 | February 26, 2024 | XXX121-50 | $4,000 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i).

## FORFEITURE

The Grand Jury further charges:

12. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1); Title 28 United States Code, Section 2461(c), and Title 31, United States Code, Section 5317(c)(1) the allegations of Counts 1 through 16 are incorporated herein by reference. As a result of the foregoing offenses, Defendants SYNCERE BISHOP, CESAR SANTIAGO-ESPADA, ALIJAHA SCOTT, ANDREW THOMAS, and BRYAN RODRIGUEZ-PEREZ shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the violations charged in Counts 1 and 4-9; all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations charged in Counts 1 and 4-9; all property real or personal, which constitutes or is derived from proceeds traceable to the violations charged in Counts 2 and 3; all property, real or personal, involved in the violations charged in Counts 10-16, or any property traceable to such property.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.